**Order filed October 9, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00224-CV
_____

## JAMIE CROSS, Appellant

## V.

## MARTHA AND JAMES EUGENE LITTLEFIELD, Appellees

**On Appeal from the 29th District Court**

**Palo Pinto County, Texas**

**Trial Court Cause No. C45718**

## O R D E R

This appeal was previously abated for the trial court to conduct a hearing on the district clerk's contest to the affidavit of indigence filed by Appellant, Jamie Cross. *See* TEX. R. APP. P. 20.1. The record shows that the trial court set the cause for a hearing and notified Appellant of the setting. However, Appellant did not appear at the hearing, and the trial court entered an order in which it sustained the district clerk's contest. Appellant has now filed a motion in this court challenging the trial court's order. *See* TEX. R. APP. P. 20.1(j).

In her motion, Appellant states that she "had the hearing time on [her] calendar as 2pm" and that, when she arrived at 2:00 p.m., she was too late. The trial court sustained the contest based upon Appellant's failure to appear and meet her burden of proof. TEX. R. APP. P. 20.1(g) provides that "the party who filed the affidavit of indigence must prove the affidavit's allegations." Appellant failed to appear at the hearing and prove the allegations in her affidavit. We overrule Appellant's motion challenging the order of the trial court.

The $195 filing fee is due in this court immediately. The failure to pay the $195 filing fee on or before October 20, 2014, may result in dismissal of this appeal.

PER CURIAM

October 9, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2